UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Tarlochan Mundi

           Plaintiff(s),

v.

Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services,

           Defendant(s).
_____/

No. C 07-2456 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5/8/07

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")