**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number
Clerk                                                                                            415.522.2000

**May 9, 2007**

**CASE NUMBER:  CV 07-02456 JCS**
**CASE TITLE:  TARLOCHAN MUNDI-v-EMILIO T GONZALEZ**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Marilyn H. Patel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/9/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                                                                        Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                   Entered in Computer 5/9/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                         Transferor CSA