JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:     klo-jmk@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TARLOCHAN MUNDI,<br><br>         Plaintiff,<br><br>   vs.<br><br>EMILIO T. GONZALEZ,<br>Director, United States Citizenship and Immigration Services,<br><br>         Defendant. | Case No.  C 07-2456 MHP<br><br>PROOF OF SERVICE<br>(Fed.R.Civ.P. 4(i)) |

   I, JONATHAN M. KAUFMAN, do hereby declare:

   That I am attorney for plaintiff in the above captioned action.

   That on May 10, 2007 copies of the summons and complaint in the above captioned action were placed in the United States Mail at San Francisco, California, certified mail, addressed to Emilio T. Gonzalez, Director, U.S. Citizenship and Immigration Services, 425 I Street, N.W., Washington, D.C. 20536, Office of General Counsel, U.S. Department of Homeland Security, Washington, DC. 20528, and Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1     I declare under penalty of perjury that the foregoing is true and correct and that this was
2 executed on May 17, 2007 at San Francisco, California.

3

4                                                                      JONATHAN M. KAUFMAN