1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     klo-jmk@pacbell.net

5  Attorney for Plaintiff

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8              SAN FRANCISCO DIVISION

10  TARLOCHAN MUNDI,                        Case No. C 07-2456 MHP

11                                          CERTIFICATE OF SERVICE
              Plaintiff,
12
        vs.
13
    EMILIO T. GONZALEZ,
14  Director, United States Citizenship and
    Immigration Services,
15
              Defendant.
16  _____/

17       I, JONATHAN M. KAUFMAN, do hereby declare:

18       That on May 10, 2007 copies of the May 8, 2007 order setting initial case management

19  conference, the handbook entitled "Dispute Resolution Procedures in the Northern District of

20  California", plaintiff's Declination to Proceed Before a Magistrate Judge and Request for

21  Reassignment to a United States District Judge and all documents specified in Civil Local Rule 4-2

22  were served on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed

23  envelope, postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden

24  Gate Avenue, Box 36055, San Francisco, CA 94102.

                                    1

1  I declare under penalty of perjury that the foregoing is true and correct and that this was
2  executed on May 17, 2007 at San Francisco, California.
3
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JONATHAN M. KAUFMAN