JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:    klo-jmk@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TARLOCHAN MUNDI,

        Plaintiff,

vs.

EMILIO T. GONZALEZ,
Director, United States Citizenship and Immigration Services,

        Defendant.
_____/

Case No. C 07-2456 MHP

CERTIFICATE OF SERVICE

I, JONATHAN M. KAUFMAN, do hereby declare:

That on May 17, 2007 a copy of Plaintiff's Notice of Motion and Motion for Preliminary Injunction and Supporting Memorandum of Points and Authorities was served on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

I declare under penalty of perjury that the foregoing is true and correct and that this was executed on May 17, 2007 at San Francisco, California.

_____
JONATHAN M. KAUFMAN

1