1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12  TARLOCHAN MUNDI,                    )  No. C 07-2456 MHP
                                        )
13          Plaintiff,                  )  **STIPULATION TO EXTEND DATES and**
                                        )  **HEARING DATE FOR MOTION FOR**
14     v.                               )  **PRELIMINARY INJUNCTION; and**
                                        )  **[PROPOSED] ORDER**
15  EMILIO T. GONZALEZ, Director, United States )
    Citizenship and Immigration Services, )
16                                      )  Date: July 9, 2007
            Defendant.                  )  Time: 2:00 p.m.
17  _____)

18     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

19  of record, hereby stipulate, subject to the approval of the Court, to the following:

20     1. Plaintiff filed this action on or about May 8, 2007, and Defendants answer is currently due

21  on July 10, 2007.

22     2. Pursuant to this Court's May 16, 2007 Order Setting Initial Case Management Conference,

23  the parties are required to file a joint case management statement on August 20, 2007, and attend a

24  case management conference on August 27, 2007.

25     3. Plaintiff have filed a motion for preliminary injunction, and the hearing on that motion is

26  scheduled for July 9, 2007.

27     4. In order to allow sufficient time for the parties to consider an alternative resolution to this

28  case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

Stip to Ext Time
C 07-2456 MHP

ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendant's Answer: | August 9, 2007 |
| Last day to file Joint ADR Certification: | September 3, 2007 |
| Last day to file/serve Joint Case Management Statement: | September 17, 2007 |
| Case Management Conference: | September 24, 2007, at 4:00 p.m. |
| Motion for Preliminary Injunction Hearing: | September 24, 2007, at 4:00 p.m. |

Dated: June 20, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                                        /s/
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorney for Defendants


Dated: June 20, 2007                            /s/
                                        JONATHAN M. KAUFMAN
                                        Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: 
                                        MARILYN HALL PATEL
                                        United States District Judge

Stip to Ext Time
C 07-2456 MHP