SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TARLOCHAN MUNDI,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services,<br><br>    Defendant. | No. C 07-2456 MHP<br><br>**STIPULATION TO EXTEND DATES and HEARING DATE FOR MOTION FOR PRELIMINARY INJUNCTION; and [PROPOSED] ORDER**<br><br>Date: July 9, 2007<br>Time: 2:00 p.m. |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about May 8, 2007, and Defendants answer is currently due on July 10, 2007.

2. Pursuant to this Court's May 16, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on August 20, 2007, and attend a case management conference on August 27, 2007.

3. Plaintiff have filed a motion for preliminary injunction, and the hearing on that motion is scheduled for July 9, 2007.

4. In order to allow sufficient time for the parties to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

1  ask this Court to extend the dates in the Court's scheduling order as follows:

2     Defendant's Answer:                                                  August 9, 2007

3     Last day to file Joint ADR Certification:                    September 3, 2007

4     Last day to file/serve Joint Case Management Statement:    September 17, 2007

5     Case Management Conference:                       September 24, 2007, at ~~4:00 p.m.~~ 2:00 p.m.

6     Motion for Preliminary Injunction Hearing:         September 24, 2007, at ~~4:00 p.m.~~ 2:00 p.m.

7  Dated: June 20, 2007                             Respectfully submitted,

8                                                           SCOTT N. SCHOOLS
9                                                           United States Attorney

10

11                                                           /s/
12                                                           ILA C. DEISS
                                                         Assistant United States Attorney
13                                                           Attorney for Defendants

14

15  Dated: June 20, 2007                              /s/
                                                         JONATHAN M. KAUFMAN
16                                                           Attorney for Plaintiff

17

18                                                **ORDER**

19     Pursuant to stipulation, IT IS SO ORDERED.

20

21

22  Date: June 21, 2007



23                                                 MARILYN H. PATEL
                                               United States District Judge

24

25

26

27

28

Stip to Ext Time
C 07-2456 MHP