```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

(address block above)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TARLOCHAN MUNDI, | No. C 07-2456 MHP |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the Defendants have issued travel documents to Plaintiff's son. The parties further ask the Court to vacate the September 24, 2007 hearing on Plaintiff's preliminary injunction motion.

Each of the parties shall bear their own costs and fees.

///
///
///
///
///
///

Stip to Dismiss
C 07-2456 MHP

1  Dated: July 20, 2007                    Respectfully submitted,

2                                          SCOTT N. SCHOOLS
                                           United States Attorney
3

4
                                           _____/s/_____
5                                          ILA C. DEISS
                                           Assistant United States Attorney
6                                          Attorney for Defendants

7

8  Dated: July 20, 2007                    _____/s/_____
9                                          JONATHAN M. KAUFMAN
                                           Attorney for Plaintiff

10

11

12                                **ORDER**

13       Pursuant to stipulation, IT IS SO ORDERED.

14

15
   Date:                                   _____
16                                         MARILYN HALL PATEL
                                           United States District Judge
17

Stip to Dismiss
C 07-2456 MHP