1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | TARLOCHAN MUNDI,                                 )   No. C 07-2456 MHP
                                                    )
13 |                    Plaintiff,                   )
                                                    )   **STIPULATION TO DISMISS; AND**
14 |              v.                                 )   [PROPOSED] **ORDER**
                                                    )
15 | EMILIO T. GONZALEZ, Director, United States    )
    Citizenship and Immigration Services,           )
16 |                                                )
                       Defendant.                   )
17 | _____)

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the Defendants have issued travel documents to Plaintiff's son. The parties further ask the Court to vacate the September 24, 2007 hearing on Plaintiff's preliminary injunction motion.

Each of the parties shall bear their own costs and fees.

///

///

///

///

///

///

Stip to Dismiss
C 07-2456 MHP

1  Dated: July 20, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 20, 2007

/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 25, 2007

MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip to Dismiss
C 07-2456 MHP